THIS OPINION HAS NO
 PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Michael F., 
 A Minor Under the Age of
 Seventeen, Appellant. 
 
 
 

Appeal From Charleston County
F. P. Segars-Andrews, Family Court Judge

Unpublished Opinion No. 2012-UP-277 
Submitted March 1, 2012 - File May 9, 2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Michael
 F. appeals the family court's order finding him in contempt for violating a
 previous family court order that ordered him to not receive any discipline
 referrals at school. On appeal, he argues the family court's contempt finding
 is erroneous because he did not receive notice of the written order prohibiting
 the discipline referrals. After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's
 motion to be relieved. 
APPEAL
 DISMISSED.
FEW, C.J., and
 HUFF and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.